**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Kalman W. Abrams, Inc.,
d/b/a KWA Metals, Inc.

Plaintiff,

vs.

ITT Hartford Insurance Company,
Great American Insurance Company,
Sentry Insurance Company,
CIGNA Property & Casualty (f/k/a
Aetna), and John Doe Insurance Companies,

Defendants.

Court File No. 00CV47
DWF/AJB

**STIPULATED REQUEST FOR STAY AND ORDER**

---

WHEREAS, Kalman W. Abrams, Inc. d/b/a KWA Metals, Inc. commenced this insurance coverage declaratory judgment action in Hennepin County District Court on or about December 17, 1999 against Hartford Fire Insurance Company, incorrectly identified in the caption as "ITT Hartford Insurance Company", Great American Insurance Company, Sentry Insurance A Mutual Company, incorrectly identified in the caption as "Sentry Insurance Company", and ACE Property and Casualty Company, f/k/a CIGNA Property & Casualty Company, f/k/a Aetna Insurance Company, incorrectly identified in the caption as "CIGNA Property & Casualty" ("defendant insurers");

WHEREAS, plaintiff's complaint for declaratory relief seeks a declaration that the defendant insurers issued policies to it and that they are obligated to defend and indemnify plaintiff in connection with an underlying lawsuit against it and others by the State of Minnesota in which the State alleged that plaintiff and others were responsible for environmental contamination at a site in or near Mora, Minnesota;

FILED JAN 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS, the defendant insurers deny that they issued policies to plaintiff, as alleged in plaintiff's complaint, and further allege that the terms and conditions of any insurance policies they might have issued to plaintiff exclude coverage for the underlying claim:

WHEREAS, the defendant insurers timely removed this action to federal court:

WHEREAS, plaintiff and the defendant insurers to this action verily believe that the insurance coverage issues existing between them can be resolved, which would render moot any need to litigate this action:

WHEREAS, plaintiff and the defendant insurers wish to avoid the time and expense associated with litigating the insurance coverage issues, if such time and expense can be avoided:

IT IS HEREBY STIPULATED AND AGREED that plaintiff and the defendant insurers will jointly move the Court for an order extending the defendant insurers' time to respond to the complaint for a period of 90 days for the reasons stated above.

Dated: 1.14.00

Jerome B. Abrams - ID#
Lauris A. Heyerdahl - ID# 216008
Abrams & Smith
700 Northstar West
625 Marquette Avenue
Minneapolis, MN 55402
(612) 342-2100
***Attorneys for Plaintiff***

Dated: 1-13-2000

Sandra J. Grove

Joseph M. Goldberg - ID# 35750
Sandra J. Grove - ID# 167435
Joseph M. Goldberg & Associates
1660 South Highway, Suite 102
St. Louis Park, MN 55416
(612) 540-1199

and

Heidi L. Vogt
Cook & Franke S.C.
660 East Mason Street
Milwaukee, WI 53202
(414) 271-5900
***Attorneys for Defendants Sentry Insurance A Mutual Company***

DATED: January 14, 2000

JARDINE, LOGAN & O'BRIEN, P.L.L.P.

By: ____________________

SEAN E. HADE (A.R.#15510X)
2100 Piper Jaffray Plaza
444 Cedar Street
St. Paul, Minnesota 55101-2160
(651) 290-6510

***Attorneys for Defendant Hartford Fire Insurance Company***

Dated: Jan 12, 2000

Leon Erstad - ID# 27534
ERSTAD & RIEMER, P.A.
1000 Northland Plaza
3800 W. 80th Street
Minneapolis, MN 55431
(612) 896-3700

and

Clay H. Phillips
Joe Royster
Bollinger, Ruberry & Garvey
Suite 2300
500 West Madison Street
Chicago, IL 60661
(312) 466-8000
***Attorneys for Great American Insurance Company***

Dated: 1/14/00

Robert E. Salmon - ID# 123031
MEAGHER & GEER, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 338-0661

and

Patrick M. Shine
Cohn & Baughman
Suite 3700
120 North LaSalle Street
Chicago, IL 60602
(312) 629-0757
***Attorneys for ACE Property & Casualty Insurance Company***

**ORDER**

Based upon the foregoing stipulation, the defendant insurers' time to respond to the complaint is extended for 90 days from the dates on which they would otherwise be due.

Dated: 1/18/00

BY THE COURT:

Arthur J. Boylan
United States Magistrate Judge

\774644

For Immediate Release
January 3, 2000

# PRESS RELEASE

UNITED STATES DISTRICT COURT

Contact: Francis E. Dosal, Clerk
(651) 848-1100

## FEDERAL COURT ADOPTS AMENDMENTS TO LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the adoption of several amendments to its local rules of practice. The changes were recommended by the Court's Local Rules Committee chaired by Minneapolis Attorney Cliff Greene of the law firm Greene Espel.

As required by federal statute, the proposed revisions were posted for public review and comment in late 1999. Following consideration of the comments received, the proposed rules were adopted unanimously by the Court to be effective January 3, 2000. The proposed amendments are as follows:

- **LR 5.1**
  Amendments to LR 5.1 and LR 5.2 regarding filing procedures.

- **LR 7.1(b)(2)**
  A new advisory committee's note regarding evidentiary materials submitted with reply briefs.

- **LR 16.1**
  Amendments in response to the requirements of the Alternative Dispute Resolution Act of 1998.

- **LR 83.13**
  New rule regarding the discipline of court appointees.

The amendments to the Local Rules may be obtained in the Office of the Clerk of Court in either St. Paul, Minneapolis or Duluth; by contacting the Clerk of Court at the address below; or online through the Update Service of Westlaw.

Francis E. Dosal, Clerk
U.S. District Court
708 Federal Building
316 North Robert Street
St. Paul, MN 55101
651-848-1100