**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Kalman W. Abrams Metals, Inc.
dba KWA Metals, Inc.,

Plaintiff,

v.

ITT Hartford Insurance Companies,
Great American Insurance Company,
Sentry Insurance, Cigna Property and
Casualty Insurance Company fka Aetna,
and John Doe Insurance Company,

Defendants.

Civil No. 00-47 (DWF/AJB)

**ORDER OF DISMISSAL**

The Court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: April 20, 2000

DONOVAN W. FRANK
Judge of United States District Court

Filed APR 20 2000
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______