**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Kalman W. Abrams, Inc.,
d/b/a KWA Metals, Inc.

Plaintiff,

vs.

ITT Hartford Insurance Company,
Great American Insurance Company,
Sentry Insurance Company,
CIGNA Property & Casualty (f/k/a
Aetna), and John Doe Insurance Companies,

Defendants.

Court File No. 00CV47

**STIPULATION OF DISMISSAL AND ORDER FOR DISMISSAL**

WHEREAS, the parties hereto, through their respective counsel, have reached a full and final settlement of this matter; and

WHEREAS, the parties hereto jointly request that the Court direct the entry of judgment of dismissal with prejudice, without costs, and on the merits,

The parties hereto, through their respective counsel, stipulate and agree to dismissal of this case with prejudice, without costs and on the merits.

Dated: 4/21/00

Lauris A. Heyerdahl - ID# 216008
Abrams & Smith
700 Northstar West
625 Marquette Avenue
Minneapolis, MN 55402
(612) 342-2100
***Attorneys for Plaintiff***

FILED JUN 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JUN 30 2000
DEPUTY CLERK

Dated: 4/24/2000

Leon Erstad - ID# 27534
ERSTAD & RIEMER, P.A.
1000 Northland Plaza
3800 W. 80th Street
Minneapolis, MN 55431
(612) 896-3700

and

Clay H. Phillips
Joe Royster
Bollinger, Ruberry & Garvey
Suite 2300
500 West Madison Street
Chicago, IL 60661
(312) 466-8000
***Attorneys for Great American Insurance Company***

Dated: 4-20-00

Sandra J. Grove

Joseph M. Goldberg - ID# 35750
Sandra J. Grove - ID# 167435
Joseph M. Goldberg & Associates
1660 S. Highway 100, Suite 102
St. Louis Park, MN 55416
(612) 540-1199

and

Heidi L. Vogt
Cook & Franke S.C.
660 East Mason Street
Milwaukee, WI 53202
(414) 271-5900
***Attorneys for Defendant Sentry Insurance***
***A Mutual Company***

Dated: 5/29/00

Sean E. Hade - ID# 15510X
Jardine, Logan & O'Brien, P.L.L.P.
444 Cedar Street
2100 Piper Jaffray Plaza
St. Paul, MN 55101
(651) 290-6500
***Attorneys for Defendant Hartford Fire Insurance Company***

Dated: 4/19/00

Robert E. Salmon - ID# 123031
MEAGHER & GEER, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 338-0661

and

Patrick M. Shine
Cohn & Baughman
Suite 3700
120 North LaSalle Street
Chicago, IL 60602
(312) 629-0757
***Attorneys for ACE Property & Casualty Insurance Company***

**ORDER FOR JUDGMENT**

Based upon the foregoing stipulation, the Court directs the entry of judgment of dismissal of this case with prejudice, without costs and on the merits.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 30th day of June, 2000.

BY THE COURT:

~~Arthur J. Boylan~~
United States ~~Magistrate~~ District Judge

\798889